UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
:
UNITED STATES OF AMERICA,                      :
:            S1 25cr484-7 (DLC)
-v-                     :
:                 ORDER
NAZZIR WASHINGTON,                             :
:
Defendant.       :
:
------------------------------------------X

DENISE COTE, District Judge:

 Having received the defendant's letter of December 1, 2025

requesting a change of counsel, it is hereby

 ORDERED that a conference to discuss the reqeust is

scheduled for December 4, 2025 at 10:30 AM in Courtroom 18B, 500

Pearl Street.

Dated: New York, New York
  December 2, 2025

         _____
         DENISE COTE
       United States District Judge