UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
UNITED STATES OF AMERICA,                 :
                                          :          S1 25cr484-7 (DLC)
        -v-                               :
                                          :          ORDER
NAZZIR WASHINGTON,                        :
                                          :
                        Defendant.        :
                                          :
------------------------------------------X

DENISE COTE, District Judge:

    As set forth on the record at the conference held on

December 4, 2025, it is hereby

    ORDERED that CJA counsel Richard Palma is relieved as

counsel in this matter and C.J.A. counsel Cory Garcia is

appointed to represent the defendant.

Dated:    New York, New York
          December 4, 2025

                            _____
                                     DENISE COTE
                            United States District Judge